UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR00122 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 844(i) |
| | ) | |
| CHRISTOPHER RUSSELL CROWDER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about January 15, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER RUSSELL CROWDER,

maliciously damaged and destroyed, by means of fire, one or more vehicles of America's Car Mart's inventory, located at 6601 Warden Road, Sherwood, Arkansas, used in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, § 844(i).

### COUNT 2

On or about January 15, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER RUSSELL CROWDER,

maliciously damaged and destroyed, by means of fire, one or more travel trailers of Gander RV's inventory, located at 6721 Warden Road, Sherwood, Arkansas, used in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, § 844(i).

(END OF TEXT. SIGNATURE PAGE ATTACHED.)